UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JIMMY NIXON

CRIMINAL NO. 96-105-FJP-SCR
(CV 05-1404-FJP-SCR)

### RULING

The Court will treat the defendant's letter dated November 30, 2005,[1] which was received by the Court on December 14, 2005, as a successive petition under 28 U.S.C. § 2255. Since the defendant did not get permission from the Fifth Circuit Court of Appeals to file this section 2255 petition, the petition is dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, December 15, 2005.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 125.

Doc#42861