UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JIMMY NIXON

CRIMINAL NO. 96-105-FJP-SCR
(CV 06-0033-FJP-SCR)

## **RULING**

The Court will treat the defendant's Motion to Dismiss[1] as a successive petition under 28 U.S.C. § 2255. Since the defendant did not get permission from the Fifth Circuit Court of Appeals to file this section 2255 petition, the petition is dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 19, 2006.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 128.

Doc#42933