UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JIMMY NIXON

CRIMINAL NO. 96-105-FJP-SCR
(CV 06-0033-FJP-SCR)

### JUDGMENT

For written reasons assigned,

IT IS ORDERED that defendant's 28 U.S.C. § 2255 petition is dismissed.

Baton Rouge, Louisiana, January 19, 2006.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#42933