FILED
U.S. DIST COURT
          OF LA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

2008 JUL 24 P 2: 16

BY DEPUTY CLERK

UNITED STATES OF AMERICA

VERSUS

JIMMY NIXON

CRIMINAL NO. 96-105-FJP-SCR
(CV 08-____-FJP-SCR)

## RULING

The Court will treat the defendant's motion for retroactive application of sentencing guidelines pursuant to 18 U.S.C. § 3582[1] as a successive petition under 28 U.S.C. § 2255. Since the defendant did not get permission from the Fifth Circuit Court of Appeals to file this petition, and for the reasons given in previous rulings by this Court, the petition is dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 24, 2008.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 142.