UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO. 96-105-FJP-SCR

JIMMY NIXON

### RULING

Jimmy Nixon has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(C)(2)(1)(A)(ii) and has requested a two level reduction of his sentence based on the retroactive application of the amendments to the sentencing guidelines pertaining to cocaine base.

The defendant was sentenced to 235 months imprisonment on each of Counts XV through XXV (money laundering); 60 months of each of Counts 1 through XIV (mail fraud, wire fraud); and 120 months on each of Counts XXVI and XXIX (money laundering); all terms to run concurrently. The defendant filed for a reduction of sentence pursuant to 18 U.S.C. § 3582(C)(2)(1)(A)(ii). The instant offense does not involve cocaine base, therefore, a retroactive application of the sentencing guidelines does not apply in this case.

Therefore;

Defendant's motion for a reduction of sentence is denied.

Baton Rouge, Louisiana, Oct. 8, 2009.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

Doc#46408