UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                         CRIMINAL NO. 96-105-FJP-DLD

JIMMY NIXON

### RULING

This matter is before the Court on remand from the Fifth Circuit Court of Appeals for a determination of whether the untimely notice of appeal filed by Jimmy Nixon was due to excusable neglect or good cause.[1]  The Court ordered the parties to submit a memorandum on this issue.  Defendant's affidavit[2] was filed on September 27, 2010. The government's response[3] set forth the following:

> Despite the above issues, the United States submits that the notice should be deemed timely under the mailbox rule.  The United States has confirmed with prison officials that the legal mail log does reflect a mailing to the Clerk's Office on July 22, 2010, and it does not reflect any other mailings (which could have contained the notice of appeal) prior to August 5, 2010.  Thus, it appears that defendant deposited the notice of appeal with prison officials on July 22, 2010.  To the extent that defendant's proof of entitlement to the mailbox rule is deficient because his declaration does not state that

---

[1] Rec. Doc. No. 162.

[2] Rec. Doc. No. 164.

[3] Rec. Doc. No. 167.

Doc#47001

postage was prepaid, the United States submits that there is good cause for granting an extension.

### IV. Conclusion

For the foregoing reasons, the Court finds that the notice of appeal was timely filed or, alternatively, that there is good cause for granting an extension.

In accordance with the government's conclusion, the Court finds that the notice of appeal was timely filed and, should that not be the case, there is good cause for granting the defendant a 30 day extension to file his notice of appeal.

The Clerk of this Court shall send a copy of this opinion to the Clerk of Court for the Fifth Circuit Court of Appeals.

IT IS SO ORDERED.

Baton Rouge, Louisiana, November 1, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA